**No. P69/75.**—Sumitomo Shoji New York, Inc. *v.* United States, protest 60/25084 (San Francisco).

NEWMAN, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382). the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 17, 1969

**No. P69/76.**—Naumes Forwarding Service *v.* United States, protests 66/77276–2824, etc. (Chicago).

**No. P69/77.**—Import Assoc. of America, Inc. *v.* United States, protests 67/79083 and 67/79025 (Baltimore).

WATSON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 24, 1969

**No. P69/78.**—F. W. Woolworth Co. *v.* United States, protests 67/6429 and 67/6430 (Philadelphia).

**No. P69/79.**—F. W. Woolworth Co. et al. *v.* United States, protests 67/43480, etc. (Los Angeles).

**No. P69/80.**—F. W. Woolworth Co. et al. *v.* United States, protests 67/90067, etc. (Honolulu).

WATSON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers in chief value of plastic, assembled in the same manner as the plastic artificial flowers in *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiffs was sustained.